PAULINE E. BULDUC, Complt. *vs.* VERNER F. ROBINSON.

Hancock County. Decided July 16, 1923. The testimony of the parties to this proceeding was squarely contradictory; the one affirms, and the other denies the act of sexual intercourse alleged. The jury saw and heard the witnesses and found for the respondent.

The record discloses no ground which will justify this court in setting the verdict aside. Motion overruled. *Wiley C. Conary,* for complainant. *Gray & Sawyer,* for respondent.

---

FRED A. CRABTREE'S CASE.

Hancock County. Decided August 20, 1923. Appeal from the decision of the Chairman of the Industrial Accident Commission.
*Held:*

1. That a petition for further compensation for partial incapacity for work, after the expiration of the specific period for which a claimant has been awarded and paid compensation for presumed total incapacity, is expressly authorized by the Workmen's Compensation Act, Public Laws, 1919, Chap. 238, Sec. 16; *Morin's Case,* 122 Maine, 338; *Walker's Case,* 122 Maine, 387.

2. The record discloses admissible facts supporting the Commissioner's finding as to the amount of compensation to be awarded. *Scott's Case,* 121 Maine, 446. Appeal dismissed. Decree of sitting Justice affirmed with costs. *William B. Blaidsell,* for plaintiff. *Gillin & Gillin,* for defendant.

---

LIONEL G. TRAFTON *vs.* U. S. BOBBIN & SHUTTLE Co.

Somerset County. Decided September 24, 1923. This case is before us upon a general motion for a new trial filed by defendant, but without a general verdict. If the motion is overruled, we have